JOHN BRENNAN, APPELLANT, *v.* THE MAYOR OF THE CITY OF NEW YORK, RESPONDENT.

*Principle of stare decisis — importance of — when departed from.*

In this action, brought by the plaintiff to recover for services rendered as an officer in the Court of Common Pleas, his appointment as such having been made under and by virtue of section 9, of chapter 382, of the Laws of 1870, the complaint was dismissed at the trial. *Held,* that as, when this case was before the General Term on a former appeal, the act, under which the plaintiff was appointed, was declared unconstitutional, and from that decision no appeal was taken, the order should be affirmed, on the principle of *stare decisis.*

That principle is one of great importance in the administration of justice, and should not be departed from, except in extreme cases founded upon some change in the law of the land, either by legislation or by courts of last resort, or when the court is satisfied that an erroneous conclusion has been declared.

APPEAL from a judgment entered in favor of the defendant, upon an order dismissing the plaintiff's complaint, made at the trial of the case at the circuit.

*Franklin Bartlett,* for the appellant.

*E. Delafield Smith,* corporation counsel, for the respondent.

Opinion by BRADY, J.

DAVIS, P. J., and DANIELS, J., concurred.

Judgment affirmed, with costs.